## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANA M. PEREZ AND JUAN DELEON, | |
| Plaintiffs | |
| v. | C.A. No. 1:12-cv-00511-M-LDA |
| JP MORGAN CHASE BANK, N.A., ALIAS AND FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendants | |

### DEFENDANTS' MOTION TO DISMISS

Now come JPMorgan Chase Bank, N.A. and Federal Home Loan Mortgage Corporation ("Defendants") and respectfully move to dismiss the Complaint filed in this action.

The grounds for this motion are set forth in Defendants' memorandum of law, which is submitted herewith.

JPMORGAN CHASE BANK, N.A. AND
FEDERAL HOME LOAN MORTGAGE
CORPORATION

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ David J. Pellegrino (#7326)
David J. Pellegrino (#7326)
Christopher M. Wildenhain (#8619)
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
djp@psh.com

DATED:  June 10, 2013

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 10, 2013.

/s/ David J. Pellegrino

1847524_1/4773-490